PROB 12C
(7/93)

Report Date: November 2, 2015

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 03, 2015**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Edward Kensler                Case Number: 0980 2:11CR00080-RMP-1

Address of Offender:                Coulee Dam, Washington  99116

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: October 4, 2011

Original Offense:   Assault on a Federal Officer, 18 U.S.C. § 111(a)(1) and (b); Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153(a)

Original Sentence:   Prison - 50 months;              Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:   Rudy Verschoor                 Date Supervision Commenced: 10/28/2015

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: 05/27/2015

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Kensler was released from Bureau of Prisons' custody, specifically Sea Tac Federal Detention Center, on October 28, 2015. Prior to his release Mr. Kensler was directed to report to the United States Probation Office on October 30, 2015, at 1:00 p.m. Due to a new arrest on October 29, 2015, and new alleged criminal charges, Mr. Kensler failed to report to the United States Probation Office on October 30, 2015, as previously directed. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 29, 2015, Mr. Kensler was arrested by Colville Tribal Police and was taken into custody on alleged charges of driving while intoxicated, resisting arrest or process, two counts of battery, malicious mischief, intimidation of a public officer, and escape. |

Prob12C
**Re: Kensler, James Edward**
**November 2, 2015**
**Page 2**

      3      <u>**Special Condition # 20**</u>: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

            <u>**Supporting Evidence**</u>: On October 29, 2015, Mr. Kensler was charged with allegedly driving while intoxicated.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/02/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Signature of Judicial Officer*

November 2, 2015
Date