PROB 12C
(6/16)

Report Date:  January 27, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Edward Kensler          Case Number: 0980 2:11CR00080-RMP-1

Address of Offender: ███████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 4, 2011

| | | |
|---|---|---|
| Original Offense: | Assault on a Federal Officer & Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 111(a)(1) and (b), 113 (a)(6) and 1153 (a); Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153(a); | |
| Original Sentence: | Prison - 50 months TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: June 11, 2015 | Prison - 5 months TSR - 31 months | |
| Revocation Sentence: January 20, 2016 | Prison - 11 months TSR - 20 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: September 27, 2016 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: May 26, 2018 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 21, 2017, Mr. Kensler was arrested and charged with driving under the influence (DUI), fail to obey traffic control device, open alcoholic container, and failure to renew expired registration.  The case number is 17-001891. |
| 2 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Prob12C**
**Re: Kensler, James Edward**
**January 27, 2017**
**Page 2**

**Supporting Evidence**: On January 21, 2017, Mr. Kensler violated his conditions of supervised release in Spokane, Washington, by consuming alcohol. On January 23, 2017, Mr. Kensler admitted to the undersigned officer he consumed alcohol on January 21, 2017, the night of his arrest for DUI. In addition, according to the police report, case number 17-001891, there was an open beer bottle in the vehicle.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/27/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ X ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/27/2017

Date