PROB 12C
(6/16)

Report Date: February 16, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Edward Kensler           Case Number: 0980 2:11CR00080-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 4, 2011

Original Offense:      Assault on a Federal Officer, 18 U.S.C. § 111(a)(1) and (b); Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153(a)

Original Sentence:     Prison - 50 months           Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:   Prison - 5 months
June 11, 2015          TSR - 31 months

Revocation Sentence:   Prison - 11 months
January 20, 2016       TSR - 20 months

Asst. U.S. Attorney:   Rudolf J. Verschoor          Date Supervision Commenced: September 27, 2016

Defense Attorney:      Federal Defender's Office    Date Supervision Expires: May 26, 2018

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Kensler failed to submit to a random urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT), as directed on February 13, 2017. |
| 4 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Kensler failed to submit to a random Breathalyzer test at ADEPT, as directed on February 13, 2017. |

Prob12C
Re: Kensler, James Edward
February 16, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/16/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/16/2017

Date